1
2
3
4
5
6
7
8                     **IN THE UNITED STATES DISTRICT COURT**

9                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11
ST VENTURES, LLC,                              CASE NO. CV F 12-1058 LJO SMS
12
                              Plaintiff,        **TEMPORARY RESTRAINING ORDER AND**
13                                              **ORDER FOR PRELIMINARY INJUNCTION**
          vs.                                   **BRIEFING**
14
KBA ASSETS AND ACQUISITIONS,
15   LLC, et al.,

16                            Defendants.

17   _____/

18          Plaintiff ST Ventures, LLC ("ST Ventures") seeks an expedited temporary restraining order

19   ("TRO") to preclude the transfer of a collateralized mortgage obligation.  Based on review of the record,

20   this Court issues this TRO and RESTRAINS and ENJOINS defendants[1] and all persons acting in concert

21   or participating with them from:

22          1.      Transferring, selling, disposing of, encumbering, altering, concealing, or removing from

23                  the jurisdiction of this Court the collateralized mortgage obligation, CUSIP #

24                  617453AA3 (the "Bond");

25          2.      Transferring, selling, disposing of, encumbering, altering, concealing, or removing from

26                  the jurisdiction of this Court the monthly coupon payments from the Bond; and

27   _____

28          [1]      Defendants are KBA Assets and Acquisitions, LLC, Ben Penfield, Asset Placement Limited, Susan
     Georgina Gillis, Paul Windwood and Bank of America, N.A. and will be referred to collectively as "defendants."

                                                    1

3.     Transferring, selling, disposing of, encumbering, altering, concealing, or removing from the jurisdiction of this Court any assets purchased with the monthly coupon payments from the Bond.

ST Ventures need file no undertaking.

This Court further SETS a briefing schedule for a preliminary injunction and ORDERS:

1.     Defendants, no later than August 2, 2012, to file and serve papers to oppose a preliminary injunction or respond to ST Ventures' request for a preliminary injunction; and

2.     ST Ventures, no later than August 9, 2012, to file and serve preliminary injunction reply papers.

Pursuant to its practice, this Court will consider the preliminary injunction motion on the record without a hearing.

The TRO shall remain in effect until a preliminary injunction ruling, unless this Court orders otherwise.  This Court so extends the TRO given the alleged ease to transfer the Bond and its apparent unknown location.

This Court FURTHER ORDERS ST Ventures to serve defendants with this order.

IT IS SO ORDERED.

**Dated:     July 5, 2012**                              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

2