IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST VENTURES, LLC, | Case No. 1:12-cv-01058 LJO SMS |
| Plaintiff, | ORDER REQUESTING ADDITIONAL INFORMATION |
| vs. | (Doc. 9) |
| KBA ASSETS AND ACQUISITIONS LLC, et al., | |
| Defendants. | |

On July 3, 2012, Plaintiff ST Ventures, LLC ("ST Ventures") filed an ex parte application for a temporary restraining order against Defendants KBA Assets and Acquisitions, LLC; Ben Penfield; Asset Placement Limited; Susan Georgina Gillis; Paul Windwood; and Bank of America (collectively "Defendants"). By order filed July 5, 2012, the Court issued a temporary restraining order consistent with ST Ventures' request and set a briefing schedule on the subject of whether a preliminary injunction should be issued. In addition, because Defendants had yet to appear, the Court instructed ST Ventures to serve Defendants with a copy of the order.

As of the date of this order, only KBA and Penfield have appeared and filed a response to ST Ventures' request for a preliminary injunction. Under the Federal Rules of Civil Procedure, however, the Court must ensure that *all* adverse parties have received notice of this matter before issuing any preliminary injunctive relief. See Fed. R. Civ. P. 65(a)(1). Accordingly, **by no later than August 22,**

1 **2012**, ST Ventures SHALL file proof (i.e., proof of service) that the other defendants subject to the
2 requested preliminary injunction have been served a copy of the Court's July 5, 2012 order and are on
3 notice of this matter.

4       IT IS SO ORDERED.

5 **Dated:   August 20, 2012**                         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE