

1 Dirk O. Julander, Bar No. 132313
*doj@jbblaw.com*
2 Catherine A. Close, Bar No. 198549
*cac@jbblaw.com*
3 JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
4 Irvine, California 92618
Telephone:  (949) 477-2100
5 Facsimile:  (949) 477-6355

Attorneys for Plaintiff ST Ventures, LLC,
a Utah Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ST VENTURES, LLC, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KBA ASSETS AND ACQUISITIONS, LLC, a Nevada Corporation; BEN PENFIELD, an individual; ASSET PLACEMENT LIMITED a UK Corporation; SUSAN GEORGINA GILLIS, an individual; PAUL WINDWOOD, an individual, BANK OF AMERICA, N.A., a national banking association and DOES 1 through 50,<br><br>Defendants. | Case No. 1:12-cv-01058-LJO-SMS<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND EXTEND TIME TO FILE JOINT SCHEDULING REPORT; ORDER THEREON**<br><br><br><br>Action Filed:   June 27, 2012<br>Trial Date:       None Set |

Plaintiff ST VENTURES, LLC, a Utah Corporation ("Plaintiff") and Defendants KBA ASSETS AND ACQUISITIONS, LLC, a Nevada Corporation ("KBA") and BEN PENFIELD, an individual ("Penfield"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. WHEREAS, according to the Order Setting Mandatory Scheduling Conference filed on June 28, 2012, the Joint Scheduling Report is to be filed with the Court on September 18, 2012;

2. WHEREAS, there are two additional defendants, ASSET PLACEMENT LIMITED a UK Corporation ("APL") and SUSAN GEORGINA GILLIS ("Gillis"), an individual, who have retained counsel, attorney Douglas R. Dollinger, and have been in communication with counsel for Plaintiff regarding service of process and as well as the merits of this matter;

3. WHEREAS, Plaintiff's counsel emailed the complaint and a Waiver of Summons for APL and Gillis to Mr. Dollinger on August 23, 2012, who indicated he would recommend his client accept the waiver;

4. WHEREAS, Gillis has apparently informed Plaintiff's principal as of September 13, 2012, that she will respond to Plaintiff's request for a waiver of summons on September 18, 2012;

5. WHEREAS Plaintiff's counsel is informed that it will take approximately 60 days to perfect service of process on APL and Gillis in the UK if they are not willing to waive service;

6. WHEREAS Plaintiff's counsel and counsel for KBA and Penfield have met and conferred pursuant to Rule 26(f) in connection with drafting the proposed Joint Scheduling Report and have agreed that important requirements under Rule 26(f) will be significantly altered with participation of APL and Gillis including stipulation as to uncontested facts and undisputed legal issues; agreement on the scope and timing of discovery and the exchange of expert witness information; and the scheduling of discovery cut-off, motion cut-off, the pre-trial conference and trial; and

7. WHEREAS Plaintiff, on the one hand, and KBA and Penfield, on the other hand, have agreed that pending the entry of the Joint Scheduling Order from the Court that initial disclosures shall proceed pursuant to Rule 26(a)(1) and discovery

1 shall proceed according to Rule 26(d) in order to move this matter forward
2 expeditiously.
3     IT IS THEREFORE STIPULATED by and between Plaintiff and Defendants
4 that the time for filing the Joint Schedule Report be extended for 70 days to
5 November 27, 2012, that initial disclosures shall proceed pursuant to Rule 26(a)(1)
6 and that discovery shall proceed according to Rule 26(d).
7     IT IS FURTHER STIPULATED that the Scheduling Conference hearing
8 currently scheduled for September 25, 2012, be continued to December 4, 2012.

10 DATED: September 17, 2012    JULANDER, BROWN & BOLLARD

By:    /s/ Dirk O. Julander
    Dirk O. Julander
    Attorneys for Plaintiff ST Ventures, LLC, a
    Utah Corporation

17 DATED: September 17, 2012    TENEMBAUM LAW FIRM

By:    /s/ Jeffrey A. Tenenbaum
    Jeffrey A. Tenenbaum
    Attorneys for Defendants KBA Assets and
    Acquisitions, LLC and Ben Penfield

**1**  **ORDER**

**2**  The Court, having considered the Stipulation to Extend Time to File the Joint

**3** Schedule Report submitted jointly by the parties to the above-captioned action, and

**4** good cause appearing therefore,

**5**  IT IS ORDERED that the new filing date for the Joint Schedule Report is

**6** November 27, 2012, that initial disclosures shall proceed pursuant to Rule 26(a)(1)

**7** and that discovery shall proceed according to Rule 26(d).

**8**  IT IS FURTHER ORDERED that the Scheduling Conference hearing

**9** currently scheduled for September 25, 2012, be continued to December 4, 2012, at

**10** 10:00 a.m. before Magistrate Judge Sandra M. Snyder in Courtroom 1.

**11**

**12** DATED: 9/19/2012

**13**

**14**

**15**  /s/ SANDRA M. SNYDER
SANDRA M. SNYDER

**16** U.S. MAGISTRATE JUDGE

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**