

Dirk O. Julander, Bar No. 132313
*doj@jbblaw.com*
Catherine A. Close, Bar No. 198549
*cac@jbblaw.com*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355

Attorneys for Plaintiff ST Ventures, LLC,
a Utah Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ST VENTURES, LLC, a Utah Corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>KBA ASSETS AND ACQUISITIONS, LLC, a Nevada Corporation; BEN PENFIELD, an individual; ASSET PLACEMENT LIMITED a UK Corporation; SUSAN GEORGINA GILLIS, an individual; PAUL WINDWOOD, an individual, BANK OF AMERICA, N.A., a national banking association and DOES 1 through 50,<br><br>             Defendants. | Case No. 1:12-CV-01058-LJO-SMS<br><br>**DECLARATION OF DIRK O. JULANDER AND APPLICATION TO EXTEND TIME TO FILE JOINT SCHEDULING REPORT AND ORDER THEREON**<br><br><br>Action Filed:   June 27, 2012<br>Trial Date:      None Set |

I, Dirk O. Julander, declare and state as follows:

1.      I am a partner of Julander, Brown & Bollard, attorneys of record for Plaintiff, ST VENTURES, LLC, a Utah Corporation ("Plaintiff").  I am licensed to practice law in the state of California and am admitted to practice law before this Court.  I am make this declaration in support of Plaintiff's Application to Extend

1. Time to File Joint Scheduling Report.  The matters set forth herein are based on my own knowledge unless stated otherwise and as to those matters I am informed and believe them to be true.

2. On September 17, 2012, Plaintiff and Defendants KBA ASSETS AND ACQUISITIONS, LLC, a Nevada Corporation ("KBA") and BEN PENFIELD, an individual ("Penfield"), stipulated through their respective attorneys to extend the time for filing the joint status report.  The Court granted the proposed order in that stipulation and the time to file a joint scheduling report was extended to November 27, 2012 with the Scheduling Conference Hearing set for December 4, 2012.

3. The purpose for the stipulation was to facilitate service of process on Defendants, ASSET PLACEMENT LIMITED a UK Corporation ("APL") and SUSAN GEORGINA GILLIS ("Gillis"), an individual both of whom reside in the United Kingdom.  APL and Gillis had retained counsel, attorney Douglas R. Dollinger of New York City, New York, and had been in communication with me regarding service of process and as well as the merits of this matter.  In late September, Gillis communicated through Plaintiff that she would not accept service of process.  Accordingly, my office retained a firm to assist with service of process in the UK.  To date, we have spent $1,050.00 in an effort to serve Gillis and APL.  Unfortunately, Gillis has given false information as to her home and business addresses.  Our service firm has done a search of public records in the UK and also confirmed that the available addresses for Gillis and APL are not accurate.  We are now in the process of retaining an investigative firm to help us locate these defendants and are also engaging other resources seeking to prefect service of process.

4. In addition, I have attempted to reach opposing counsel for KBA and Penfield to discuss the joint scheduling report.  That attorney, Jeffrey A. Tenenbaum, has yet to return my calls.  Moreover, since the inception of this litigation, I have been working with another attorney, Robert Victor, who

represented that he was the personal counsel for KBA and Penfield and that he would be handling the matter except for the appearances.  In fact, I have never spoken or worked with Mr. Tenenbaum on any of the issues in this case, I have only worked with Mr. Victor.  My office attempted to contact Mr. Victor and then his assistant to coordinate a meeting to discuss the joint scheduling report as we did in connection with the prior stipulation.  To date, we have not received any communications from Mr. Victor or his office.  Unfortunately, according to the State Bar website, it appears that Mr. Victor has been disbarred and is no longer authorized to practice law.  As such, I no longer have access to any counsel for KBA and Penfield with whom I am able to work with on this matter.

5.    Consequently, on behalf of Plaintiff, I am requesting that Court extend the time for filing the joint scheduling report.  I believe that, acting diligently, we can either perfect service on Gillis and APL or know that we will not be able to do so within 90 days.  Also, within that time, I will be able to communicate with counsel of record for KBA and Penfield to determine who will be representing those defendants in this matter going forward and will also be able to generate a joint scheduling report or at a minimum prepare a scheduling report unilaterally which addresses the issues required by the Court.  I am therefore making application for a 90 day extension of the time in which to submit the Joint Scheduling Report for this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed November 27, 2012, at Irvine, California.

JULANDER, BROWN & BOLLARD

By:     /s/ Dirk O. Julander
        Dirk O. Julander
        Attorneys for Plaintiff ST Ventures, LLC

3
DECLARATION OF DIRK O. JULANDER AND APPLICATION TO EXTEND TIME TO FILE JOINT SCHEDULING REPORT AND [PROPOSED ORDER]

## ORDER

The Court, having considered Plaintiff's Application to Extend Time to File the Joint Schedule Report in the above-captioned action, and good cause appearing therefore,

IT IS ORDERED that the new filing date for the Joint Schedule Report is March 5, 2013, that initial disclosures shall proceed pursuant to Rule 26(a)(1) and that discovery shall proceed according to Rule 26(d).

IT IS FURTHER ORDERED that the Scheduling Conference hearing currently scheduled for December 4, 2012, be continued to March 12, 2013, at 10:00 am.

DATED: 11/28/2012            /s/ SANDRA M .SNYDER_____
                             UNITED STATES MAGISTRATE JUDGE