Seth D. Heyman, Esq.-Local Counsel
2600 Michelson Drive,
Suite 900,
Irvine, CA 92612.
Tel: 888-710-2799
Fax: 760-452-7714
e-mail *sdh@heymanlegal.com*

Douglas R. Dollinger, Esq.–Pro Hoc Vice Bar No. NY
260 Main Street
Goshen, New York 10924
Tel.    845.915.6800
Facs.   845.915.6801
e-mail *ddollingeresq@gmail.com*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ST VENTURES, LLC, a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KBA ASSETS AND ACQUISITIONS, LLC a Nevada Corporation, BEN PENFIELD, an individual; ASSET PLACEMENT LIMITED a UK Corporation; SUSAN GEORGINA GILLIS, an individual; PAUL WINDWOOD, an individual, BANK OF AMERICA, N.A., a national banking association and DOES 1 through 50,<br><br>Defendants. | Case No. 1:12-CV-01058-LJO-SMS<br><br><br>**ORDER FOR ENLARGMENT OF TIMETO FILE AN ANSWER OR OTHERWISE MOVE TO DISMISS** |

**ORDER**

**AND NOW,** this 1st, day of March 2013, upon consideration of the application and parties Stipulation for an Enlargement of Time for the Defendant Asset Placement Limited to File its Answer or Otherwise Move to Dismiss the Complaint in this action, this Court has considered the

1  application and it is hereby **ORDERED** that the Defendant Asset Placement Limited's Time to

2  Answer or Otherwise Move to Dismiss is enlarged to March 15, 2013 for filing.

3  IT IS SO ORDERED.

4  DATED: 3/1/2013                    BY THE COURT:

6  /s/ SANDRA M. SNDER
   Judge Sandra M. Snyder
7  UNITED STATES MAGISTRATE JUDGE