1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST VENTURES, LLC, a Utah corporation,<br><br>Plaintiff,<br><br>    v.<br><br>KBA ASSETS AND ACQUISITIONS, LLC, a Nevada corporation; BEN PENFIELD, an individual; ASSET PLACEMENT LIMITED, a UK corporation; SUSAN GEORGINA GILLIS, an individual; PAUL WINDWOOD, an individual; BANK OF AMERICA, N.A., a national banking association; and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 1:12-cv-01058-LJO-SMS<br><br>ORDER GRANTING MOTION OF TENENBAUM LAW FIRM TO WITHDRAW AS ATTORNEY FOR DEFENDANTS KBA ASSETS AND ACQUISITIONS, LLC, AND BEN PENFIELD<br><br><br><br><br><br>(Docs. 58 and 59) |

        On August 7, 2013, the Tenenbaum Law Firm, attorneys for Defendants KBA Assets and

Acquisitions, LLC, and Ben Penfield, moved to withdraw as counsel, stating that although both

Defendants KBA Assets and Ben Penfield agreed to Tenenbaum's withdrawal as counsel and

indicated that they had retained other counsel, neither Defendant had acted to file a substitution of

counsel, and communication between Defendants and Tenenbaum had thereafter broken down

1

(Docs. 58, 59, and 61).  Neither Defendants KBA Assets and Ben Penfield, nor other party, have filed opposition to Tenenbaum's motion.

This Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 78-230(h).  Having considered all written materials submitted, the Court orders that Tenenbaum's motion for leave to withdraw be granted.

Attorneys may generally withdraw from representation upon the request of the client. Local Rule 83-182(d) provides, in pertinent part, "Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules."   *See* Cal.R.P.C. 3-700(C)(5) (permitting an attorney to withdraw from representation in a pending matter when the client "knowingly and freely consents to termination of the employment") and (5)(d) (permitting an attorney to withdraw when representation has become unreasonably difficult).

California's rules require the notice of motion and declaration to be served on the client and all other parties who have appeared in the case.  CRC 3.1362(d).  All parties have been served with the notice of motion to withdraw.

**Defendants KBA Assets and Ben Penfield are advised that failure to take appropriate legal action may result in serious legal consequences, and consideration of obtaining legal assistance is strongly advised.**

**In addition, a "corporation may appear in the federal courts only through licensed counsel."  *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993).  *See also* Local Rule 183(a) (providing that a corporation or other entity may appear only by an attorney).  A president or shareholder may not represent a corporation in court but must retain appropriate licensed counsel.  *United States v. High Country Broadcasting Co., Inc*., 3 F.3d 1244, 1245 (9th Cir. 1993), *cert. denied*, 513 U.S. 826 (1994).**

Accordingly, it is hereby ORDERED:

1.      The Motion to Withdraw as Counsel for Defendants KBA Assets and Acquisition and Ben Penfield, brought by the Tenenbaum Law Firm, is GRANTED.

2.      The Tenenbaum Law Firm shall serve Defendants KBA Assets and Acquisitions and Ben Penfield with copies of this order within ten (10) days.

3.      The Tenenbaum Law Firm shall send all documents composing the file of Defendants to each Defendant or its successor counsel at such address as that Defendant may designate within thirty (30) days of this order.

4.      Within thirty (30) days of this order, each Defendant shall file with the Clerk of Court notice of its successor counsel's name, address, and telephone number.  In the event that either Defendant may legally proceed *in propria person* and elects to do so, that Defendant shall notify the Clerk of Court of its intent to so proceed and of its address and telephone number.

IT IS SO ORDERED.

Dated:   __**September 10, 2013**__          _____**/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE