UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. VENTURES, LLC, | CASE NO. CV F 12-1058 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANT**<br>(Doc. 65.) |
| vs. | |
| KBA ASSETS AND ACQUISITIONS, LLC, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant Bank of America, N.A. only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   **October 15, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28