UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST VENTURES, LLC, | CASE NO. CV F 12-1058 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANTS** (Doc. 75.) |
| vs. | |
| KBA ASSETS AND ACQUISITIONS, LLC, et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendants Asset Placement Limited, Susan Georgina Gillis and Paul Windwood only. The clerk is directed not to close this action. The clerk is directed to term doc. 75.

IT IS SO ORDERED.

Dated:  **December 23, 2013**        /s/ Lawrence J. O'Neill
                          UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28