1   McCormick, Barstow, Sheppard,
     Wayte & Carruth LLP
2   Timothy L. Thompson, #133537
     *tim.thompson@mccormickbarstow.com*
3   Ben Nicholson, #239893
     *ben.nicholson@mccormickbarstow.com*
4   7647 North Fresno Street
     Fresno, California 93720
5   Telephone:     (559) 433-1300
     Facsimile:      (559) 433-2300
6
     Attorneys for BROWN BROTHERS
7   HARRIMAN & CO., Defendant

8

9                  UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

| | |
|---|---|
| 12   ST. VENTURES a Utah Corporation; WORLDWIDE INVESTMENT, INC., | Case No. 1:12-cv-01058-LJO-SMS |
| 13    a California Corporation; | **STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED VERIFIED COMPLAINT; ORDER THEREON** |
| 14            Plaintiffs, | |
| 15        v. | **[Local Rule 144(a)]** |
| 16   BEN M. PENFIELD, an individual; JETHALYN N. PENFIELD an individual; | |
| 17   A.J. AJ BERRONES, an individual; FRANK WILDE, an individual, MAUREEN WILDE | |
| 18   each as the *RICO Person Defendants*, | |
| 19          and | |
| 20   KBA ASSETS AND ACQUISITIONS, LLC VIEWPOINT SECURITIES, UBS | |
| 21   FINANCIAL SERVICES INC., ROYAL BANK OF CANADA, DEPOSITORY | |
| 22   TRUST AND CLEARING COMPANY BROWN BROTHERS HARRIMAN & CO., | |
| 23   FALCON PRIVATE BANK OF ZURICH, SETH LAYTON, JOHN DOE(s) and JANE | |
| 24   ROE(s) 1 through 10, as the *KBA Enterprise Entities,* **KBA** *Members, Defendants in* | |
| 25   *Possession of Converted Assets, Aiders and Abettors, and Otherwise Defendants in* | |
| 26   *Negligence*, | |
| 27         Defendants. | |
| 28 | |

# I.

## STIPULATION

WHEREAS, service of the Summons, First Amended Verified Complaint and other papers has been made on Defendant BROWN BROTHERS HARRIMAN & CO. ("BBH");

WHEREAS, Plaintiffs ST. VENTURES and   WORLDWIDE INVESTMENT, INC. ("Plaintiffs") are willing to agree to an extension of BBH's time to answer or otherwise respond to the First Amended Verified Complaint up to and including October 10, 2014; and

WHEREAS, BBH and Plaintiffs are aware that under Local Rule 144(a), the extension for BBH agreed to herein requires the approval of the Court, and they accordingly request the Court to approve such extension.

NOW, THEREFORE, BBH and Plaintiffs hereby stipulate and agree through their respective counsel, and subject to the approval of the Court, that the time within which BBH shall respond to the First Amended Verified Complaint herein by way of answer or otherwise, shall be extended up to and including October 10, 2014.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED VERIFIED COMPLAINT

Dated:  September 2, 2014                    McCORMICK, BARSTOW, SHEPPARD,
                                                            WAYTE & CARRUTH LLP



                                            By:_____/s/ Ben Nicholson_____
                                                            Timothy L. Thompson
                                                            Ben Nicholson
                                            Attorneys for BROWN BROTHERS HARRIMAN
                                                            & CO., Defendant
Dated:  August 29, 2014



                                            By:_____/s/ Douglas R. Dollinger_____
                                                            Douglas R. Dollinger, Esq.
                                                            Attorney for Plaintiff


### ORDER

        In light of the foregoing stipulation, it is hereby ORDERED that the time within which BBH

shall respond to the First Amended Verified Complaint herein by way of answer or otherwise, shall be

extended up to and including October 10, 2014.

IT IS SO ORDERED.

    Dated:   **September 3, 2014**              _____**/s/ Sandra M. Snyder**_____
                                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED VERIFIED COMPLAINT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720