Douglas R. Dollinger, Esq., appearing Pro Hoc Vice
Bar No. N.Y. 2354926
50 Main Street-Suite 1000
White Plains, New York 10606
Tel.   845.915.6800
Facs.  845.915.6801
E-mail: ddollingeresq@gmail.com

Seth D. Heyman, Esq., CA Bar No. 194120
2600 Michelson Drive, Suite 900
Irvine, CA 92612
Tel: 855-439-6628
Fax: 855-207-3967
Email: sdh@heymanlegal.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ST. VENTURES a Utah Corporation; WORLDWIDE INVESTMENT, INC., a California Corporation;<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BEN M. PENFIELD, an individual; JETHALYN N. PENFIELD an individual; A.J. AJ BERRONES, an individual; FRANK WILDE, an individual, MAUREEN WILDE each as the *RICO Person Defendants*,<br><br>　　　　　and<br><br>KBA ASSETS AND ACQUISITIONS, LLC VIEWPOINT SECURITIES, UBS FINANCIAL SERVICES INC., ROYAL BANK OF CANADA, DEPOSITORY TRUST AND CLEARING COMPANY BROWN BROTHERS HARRIMAN & CO., FALCON PRIVATE BANK OF ZURICH, SETH LAYTON, JOHN DOE(s) and JANE ROE(s) 1 through 10, as the *KBA Enterprise Entities,* **KBA** *Members, Defendants in Possession of Converted Assets, Aiders and Abettors, and Otherwise Defendants in Negligence*,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01058-LJO-SMS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO THE RESPOND TO BROWN BROTHERS HARRIMAN & CO's MOTION TO DISMISS/STRIKE THE COMPLAINT AND SETTING DEADLINE FOR FILING OF MOTION TO ENLARGE TIME OF SERVICE**<br><br>**[Local Rules 144(a) & 230(f)]** |

## **ORDER**

In light of the foregoing stipulation, it is hereby ORDERED that the time within which Plaintiffs shall respond to the Motion of BBH to Dismiss or Strike or For a More Defeinative Statement of the First Amended Verified Complaint, shall be extended up to and including December 1, 2014, that Plaintiff shall submit the Motion of Enlargement to perfect personal servce on all nonappearing Defendnants shall be submitted on ot before November 12, 2014 and that the hearing on BBH's Motion shalll be set for December 18, 2014 .

The Parties are warned that, absent extraordinary circumstances, further requests for extensions, even if by stipulation, will be rejected if not submitted prior to the expiration of the relevant deadline.

IT IS SO ORDERED.

Dated:   **November 10, 2014**          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE