UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST VENTURES, a Utah Corporation, and WORLDWIDE INVESTMENT, INC, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BEN M. PENFIELD, an individual, *et al.*,<br><br>Defendants. | 1:12-cv-01058 LJO SMS<br><br>MEMORANDUM DECISION AND ORDER RE: DEFENDANT BROWN BROTHERS HARRIMAN & CO.'S MOTION TO STRIKE (Doc. 98) |

Defendant Brown Brothers Harriman & Co (BBH) moves to strike Plaintiffs' First Amended Verified Complaint (FVAC), Doc. 87, on the basis that it did not conform to the Court's Order, Doc. 86, granting Plaintiffs leave to file an amended complaint. Mem. of Points and Authorities In Supp. Of Mot. to Dismiss (Def.'s Mem.), Doc. 98., 8-10. Defendant also moves this Court to dismiss Plaintiffs' Claims against BBH pursuant to Rule 12(b)(6), *Id.* at 10-14, or in the alternative, for a more definite statement under Rule 8, *Id.* at 14-16.

Plaintiffs concede that the FVAC does not comply with the Order granting it leave to amend, and thus does not oppose BBH's Motion to Strike unauthorized portions of the FAC. Decl. of Douglas R. Dollinger in Resp. to Mot. to Dismiss, Doc. 105-1. Plaintiffs also concede that the FVAC is defective in other respects identified by BBH and alerts the Court to their intention to file a request for leave to amend. *Id.* As of the time of this Order, the Court has received no such request from Plaintiffs.

Having reviewed the papers filed thus far in connection with this motion, the Court believes the issues are presented clearly in the papers and that oral argument will not be necessary. *See* Local Rule 230(g). Therefore, the hearing on this motion, currently set for December 18,2014, is VACATED.

In the interest of party and judicial economy, and given that Plaintiffs admit that the FVAC is defective, the Court GRANTS Defendant's Motion to Strike. Plaintiffs are granted leave to amend their Complaint in a manner consistent with the Court's March 19, 2014 Order (Doc. 86).

## CONCLUSION AND ORDER

The Court GRANTS Defendant's Motion to Strike, Doc. 98.

Plaintiff is granted LEAVE TO AMEND the Complaint in a manner consistent with the Court's March 19, 2014 Order (Doc. 86).

Plaintiffs shall file any amended complaint within 30 days of this order. Plaintiff is cautioned that this will be the last opportunity to amend. This court does not have the resources to review and write extensive orders on how to write, rewrite and submit pleadings, nor to conduct a course in how to follow Court orders.

No later than 20 days after service of any amended complaint, Defendants shall file a response thereto.

The hearing on this motion, currently set for December 18, 2014, is VACATED.

**SO ORDERED**
**Dated: December 12, 2014**

                                       **/s/ Lawrence J. O'Neill**
                                       **United States District Judge**