# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST VENTURES, a Utah corporation, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BEN M. PENFIELD, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01058-LJO-SMS<br><br>ORDER GRANTING EXTENSION<br>OF TIME TO AMEND THE COMPLAINT<br><br><br>(Doc. 112) |

On January 10, 2015, Plaintiffs ST Ventures and Worldwide Investments Inc. filed an ex parte motion for an extension of time to file an amended complaint in compliance with the Court's March 19, 2014 order (Doc. 86), as directed by the Court in its December 12, 2014 order granting Defendant Brown Brothers Harriman & Co.'s motion to strike (Doc. 108). On January 12, 2015, the Court ordered Defendants to advise the Court on or before January 15, 2015, whether or not each opposed the motion. No Defendant responded in any way.

Accordingly, the Court hereby ORDERS that Plaintiffs shall file an amended complaint on or before February 12, 2015. No further extensions of time will be granted.

IT IS SO ORDERED.

　Dated:　**January 21, 2015**　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1