# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST VENTURES, LLC, a Utah corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KBA ASSETS AND ACQUISITIONS, LLC, a Nevada corporation, et al., <br><br> Defendants. | Case No. 1:12-cv-01058-LJO-SMS <br><br> ORDER GRANTING 30-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT <br><br> (Doc. 117) |

Defendants KBA Assets and Acquisitions and Ben Penfield move for a thirty-day extension of time in which to respond to Plaintiffs' second amended complaint (Doc. 116). Plaintiffs have no opposition to the requested extension (Doc. 118).

Accordingly, Defendants' having shown good cause and Plaintiffs' having filed a statement of nonopposition, the time in which Defendants may respond to the second amended complaint is hereby EXTENDED for thirty days.

IT IS SO ORDERED.

Dated: **March 6, 2015**       /s/ Sandra M. Snyder
                               UNITED STATES MAGISTRATE JUDGE

1