# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST VENTURES, LLC, a Utah corporation, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KBA ASSETS AND ACQUISITIONS, LLC, a Nevada corporation, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01058-LJO-SMS<br><br>ORDER GRANTING 7-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT<br><br>(Docs. 121 and 125) |

On May 4, 2015, for the third time, Defendants KBA Assets and Acquisitions and Ben Penfield moved for an extension of time in which to respond to Plaintiffs' second amended complaint (Doc. 116). Plaintiff opposes any further extension, contending that Defendants have misrepresented their settlement intent and failed to assist Plaintiff in its efforts to serve the second amended verified complaint on related persons and entities. Plaintiff contends that good cause for an extension does not exist.

As a result of the litigation strategies of all parties to this action, this case has failed to advance at a reasonable rate since Plaintiff filed it in June 2012. Nonetheless, this Court declines to resolve the parties' dispute regarding the veracity of Defendants' reasons for requesting yet another extension of time. Accordingly, the Court hereby ORDERS that Defendants shall file their answer

///

to the second amended complaint (Doc. 116) within seven (7) days of this order.  No further extensions of time will be granted.

IT IS SO ORDERED.

    Dated: **May 11, 2015**        **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE