1

2

3

4

5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7

8

ST VENTURES, LLC, a Utah
corporation, et al.,

9

Plaintiffs,

10

11

v.

12

KBA ASSETS AND ACQUISITIONS
LLC, a Nevada corporation, et al.,

13

Defendants.

CASE NO. 1:12-CV-1058-LJO-SMS

ORDER GRANTING DEFENDANT
JETHALYN N. PENFIELD'S REQUEST
FOR EXTENSION OF TIME

Doc. 146

14

15

    Good cause appearing, Defendant Jethalyn N. Penfield ("Defendant")'s request for

16

extension of time to respond to the second amended complaint is GRANTED. Defendant shall file

17

a responsive pleading to Plaintiff's second amended complaint within thirty (30) days of entry of

18

this order.

19

    IT IS SO ORDERED.

20

21

DATED:  7/1/2015                              /s/ SANDRA M. SNYDER

                                             UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28