**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST VENTURES, LLC, a Utah corporation, et al., | CASE NO. 1:12-CV-1058-LJO-SMS |
| Plaintiffs, | ORDER GRANTING DEFENDANT A. J. BERRONES' REQUEST FOR EXTENSION OF TIME |
| v. | Doc. 148 |
| KBA ASSETS AND ACQUISITIONS LLC, a Nevada corporation, et al., | |
| Defendants. | |

Good cause appearing, Defendant A. J. Berrones ("Defendant")'s request for extension of time to respond to the second amended complaint is GRANTED. Defendant shall file a responsive pleading to Plaintiff's second amended complaint within thirty (30) days of entry of this order.

IT IS SO ORDERED.

DATED:  7/1/2015                              /s/ SANDRA M. SNYDER
                                             UNITED STATES MAGISTRATE JUDGE