# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST VENTURES, a Utah Corporation, and WORLDWIDE INVESTMENT, INC, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BEN M. PENFIELD, an individual, *et al*.,<br><br>Defendants. | 1:12-cv-01058 LJO SMS<br><br>ORDER RE: ALONZO GRADFORD'S MOTION TO WITHDRAW (Doc. 154) |

On July 27, 2015, this Court granted Defendants KBA Assets' and Ben Penfield's motion for involuntary dismissal pursuant to Rule 41. Doc. 151. Judgment was entered the same day. Doc. 152. On August 3, 2015, Plaintiff filed a motion for reconsideration. Doc. 153. The Court denied this motion on August 11, 2015. Doc. 155. Plaintiff filed a notice of appeal on August 28, 2015. Doc. 156.

On August 4, 2015, Alonzo Gradford, Attorney of Record for KBA Assets and Ben Penfield, filed a motion to withdraw as counsel, with a hearing date set for September 10, 2015. Doc 154. [1] In compliance with L.R. 182(d), Counsel has submitted an affidavit stating that he has discussed the matter with his clients. *Id.* He has also provided their last known addresses. *Id.* The deadline for filing an

---

[1] "As a general rule, the filing of a notice of appeal divests a district court of jurisdiction over those aspects of the case involved in the appeal. *Stein v. Wood*, 127 F.3d 1187, 1189 (9th Cir. 1997). This general rule, however, a rule of judicial economy and does not strip the district court of subject matter jurisdiction. *California Dep't of Toxic Substances Control v. Commercial Realty Projects, Inc*., 309 F.3d 1113, 1120-21 (9th Cir. 2002). Because this motion does not present an issue that will be simultaneously before the appeals court, this Court finds that judicial economy will be best served by retaining jurisdiction over the case for this limited purpose. *See Kern Oil & Ref. Co. v. Tenneco Oil Co*., 840 F.2d 730, 734 (9th Cir. 1988). (holding that divestment of appellate jurisdiction "should not be employed to defeat its purposes nor to induce needless paper shuffling.").

opposition has passed and no party has opposed his motion. In light of these facts, the Court GRANTS Mr. Gradford's request. He is hereby withdrawn as attorney of record in this case. Accordingly, the clerk of court is directed to take the September 10, 2015 hearing off calendar.

IT IS SO ORDERED.

    Dated: __September 3, 2015__            __/s/ Lawrence J. O'Neill__
                                                             UNITED STATES DISTRICT JUDGE